IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARE MACMILLAN-BELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 15-5411 |
| PETER KANG, M.D., ALLBETTERCARE | : | |
| URGENT CARE CENTER, JENNIFER | : | |
| BRAUND,, R.N., C.R.N.P., DICKINSON | : | |
| COLLEGE and DICKINSON COLLEGE | : | |
| STUDENT HEALTH SERVICES | : | |

## ORDER

**AND NOW**, this 19th day of November, 2015, upon consideration of the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) of Defendants, Peter Kang, M.D., and AllBetterCare Urgent Care Center (Document No. 4), plaintiff's response, the reply and the plaintiff's response to the reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

_____/s/_____
TIMOTHY J. SAVAGE, J.